UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENGCHENG CHEN,<br><br>                    Petitioner,<br><br>-against-<br><br>Pamela BONDI, in her official capacity as U.S. Attorney General; Marcos CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations; Todd M. LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; Judith C. ALMODOVAR, in her official capacity as Acting Director of ICE New York City Field Office; Paul ARTETA, in his official capacity as Sheriff of the Orange County Sheriff's Office; Lawrence CATLETTI, in his official capacity as Colonel of the Corrections Division at the Orange County Correctional Facility,<br><br>                    Respondents. | 25-cv-08098 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. Clarke, United States District Judge:

      On September 30, 2025, Dengcheng Chen ("Petitioner"), through counsel, filed a petition for a Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. Section 2241. Upon consideration of the Petition, IT IS HEREBY ORDERED that:

1. Respondents and their agents are hereby RESTRAINED from transferring Petitioner out of the Southern District of New York and the United States of America, unless and until the Court orders otherwise. *See Kuprashvili v. Flanagan*, No. 25 CIV. 5268 (PAE), at *1 (S.D.N.Y. June 30, 2025) (collecting cases prohibiting removal to preserve the Court's jurisdiction).

2. Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition.

3. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

The Clerk of Court is respectfully directed to electronically notify the Civil Division of the United States Attorney's Office for the Southern District of New York that this Order has issued. The Clerk of Court is also respectfully directed to provide notice of the Petition and this order to the Civil Division by electronic mail addressed to jeffrey.oestericher@usdoj.gov, consistent with the Southern District of New York's Amended Standing Order. See Dkt. No. 3, Case 1:25-mc-00433 (LTS) (October 2, 2025).

Dated: October 8, 2025

New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge