UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENGCHENG CHEN,

                         Plaintiff,

            -against-

PAMELA BONDI, et al.,

                         Defendants.

25-CV-8098 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 11, 2026, the parties notified the Court that they agree this case is moot and would "promptly submit" a proposed stipulation and order of dismissal. ECF No. 35. On February 5, 2026, the Court directed the parties to file their proposed stipulation and order of dismissal by February 13, 2026. ECF No. 36. The parties made no such submission. Accordingly, based on the parties' express intent and failure to respond to Court Orders, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

Dated:  February 17, 2026
        White Plains, New York

                                          SO ORDERED.

                                          _Jessica Clarke_
                                          _____
                                          JESSICA G. L. CLARKE
                                          United States District Judge