**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
DENGCHENG CHEN,

                              Plaintiff,                          25 **CIVIL** 8098 (JGLC)

        -against-                                              **JUDGMENT**

PAMELA BONDI, et al.,

                              Defendants.
---------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated February 17, 2026, and based on the parties' express intent and

failure to respond to Court Orders, it is ORDERED that the above-entitled action be and is

hereby DISMISSED and discontinued without costs; accordingly, the case is closed.

**DATED:**  New York, New York
           February 20, 2026


                                            **TAMMI M. HELLWIG**
                                    _____
                                            **Clerk of Court**

                            **BY:**        K. mango
                                    _____
                                            **Deputy Clerk**